Clerk's Office
Filed Date: 5/5/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SEGUNDO MALDONADO,
*on behalf of himself*,

                          Plaintiff,

        -against-

NORTHEAST SERVICE INTERIORS, LLC, and
FRANK CALIENDO,

                         Defendants.
-----------------------------------------------------------x

Case No. 1:21-cv-00190

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SEGUNDO MALDONADO and Defendants, NORTHEAST SERVICE INTERIORS, LLC, and FRANK CALIENDO, through their undersigned counsel who are authorized to execute this Stipulation, that Plaintiff's claims under the Fair Labor Standards Act are outside of the applicable Statutes of Limitations; no settlement has been reached between the parties;

    IT IS FURTHER STIPULATED AND AGREED that in accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety without prejudice, with each party to bear its own costs and no award of attorneys' fees, costs, and/or disbursements to any party.

Dated:     New York, New York
                  May 4     , 2021

| LEE LITIGATION GROUP, PLLC | McMANUS ATESHOGLOU AIELLO & APOSTOLAKOS PLLC |
|---|---|
| By: _____<br>C.K. Lee<br>148 West 24th Street, 8th Floor<br>New York, NY 10011<br>Tel: (212) 465-1180<br>cklee@leelitigation.com<br>*Attorney for Plaintiff* | By: _____<br>Nicholas Neonakis<br>48 Wall Street, 25th Floor<br>New York, New York 10005<br>Tel: (212) 425-3100<br>E-Mail: nneonakis@maaalaw.com<br>*Attorney for Defendants* |

SO ORDERED:

/s/ Carol Bagley Amon
_____
UNITED STATES DISTRICT JUDGE